**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

T.C.,

*Petitioner,*

v.

KENNETH GENALO, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement, *et al.,*

*Respondents*.

Case No. 1:26-cv-5000

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby

ORDERED that Petitioner is given leave to proceed under the pseudonym T.C.

IT IS FURTHER ORDERED that any documents that refer to his identity or contain identifying details, including but not limited to his Alien Registration Number, shall be filed on the public docket in redacted form and, if necessary, with unredacted copies filed under seal.

Entered on 17th day of Sept, 2026

s/Ann M. Donnelly
United States District Judge